**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| KEYSTONE DEDICATED LOGISTICS, INC., | : No. 559 WAL 2014 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| JGB ENTERPRISES, INC., | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.